# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RICHARD A. KIRK,

    VS                                                CASE NO.   3:06cv556/MCR/EMT

MBNA AMERICA BANK, N.A.,

**REFERRAL AND ORDER**

Referred to Judge Rodgers on         December 21, 2006
Type of Motion/Pleading: UNOPPOSED MOTION FOR ENLARGEMENT OF TIME UNTIL 1/5/2007 TO RESPOND TO THE COMPLAINT.
Filed by: DEFENDANT       on 12/20/06       Document  5
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on _____ Doc.# _____
                                          on _____ Doc.# _____
                                          WILLIAM M. McCOOL, CLERK OF COURT

                                           /s/ Teresa Cole
                                          Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 21st day of December, 2006, that:

     The requested relief is GRANTED.


                                        s/ *M. Casey Rodgers*

                                   **M. CASEY RODGERS**
                                   **UNITED STATES DISTRICT JUDGE**


Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.