**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RICHARD A. KIRK,

    Plaintiff,

vs.                                 CASE NO.: 3:06cv556/MCR/EMT

MBNA AMERICA BANK, N.A.

    Defendant.
    _____/

## AMENDED ORDER OF DISMISSAL

    This matter is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal With Prejudice. (Doc. 48). The previously entered Order of Dismissal (doc. 47) is amended to the extent this case is dismissed consistent with the parties' joint stipulation. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 14th day of August, 2007.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              United States District Judge**